**NOT FOR PUBLICATION**

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| ALESSANDRA DE FATIMA LOMEU,<br><br>    Petitioner,<br><br>    v.<br><br>LUIS SOTO *et al.*,<br><br>    Respondents. | No. 25cv16589 (EP)<br><br>**ORDER** |

Petitioner Alessandra de Fatima Lomeu, a native and citizen of Brazil, filed a Verified Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241, challenging her immigration detention at Delaney Hall in Newark, New Jersey without a bond hearing as a violation of her Fifth Amendment Right to Due Process. D.E. 1 ("Petition") ¶¶ 1-4, 22-28, 42-57. Petitioner further alleges her conditions of confinement, including overcrowding, lack of sanitation, inadequate food, water and recreation time, and the failure to provide her prescribed medications violate the Fifth Amendment Due Process Clause. *Id.* ¶¶ 29-20, 58-80. For relief, she seeks, immediate release from custody or an immediate bond hearing to determine whether her detention serves a legitimate government interest, and any other relief the Court deems proper. *Id.* 21.

In accordance with Rule 4 of the Rules Governing § 2254 Cases ("Habeas Rule 4")—which is applicable to § 2241 cases through Rule 1(b) of the Rules Governing § 2254 Cases—this Court has screened the Petition for dismissal and determined that dismissal without an answer on the record is not warranted. The Court will order an expedited answer. Accordingly,

**IT IS** on this **15th** day of October 2025,

**ORDERED** that the Clerk of the Court shall serve a copy of the Petition, D.E. 1, and this Order upon Respondents by regular mail, with all costs of service advanced by the United States; and it is further

**ORDERED** that the Clerk of the Court shall forward a copy of the Petition, D.E. 1, and this Order to the Chief, Civil Division, United States Attorney's Office, at the following email address:  USANJ-HabeasCases@usdoj.gov; and it is further

**ORDERED** that, pursuant to Habeas Rule 4, within **seven days** of the date of the entry of this Order, Respondents shall electronically file a full and complete answer to said Petition, which responds to the factual and legal allegations of the Petition; and it is further

**ORDERED** that the answer shall state the statutory authority for Petitioner's detention, *see* 28 U.S.C. § 2243; and it is further

**ORDERED** that Respondents shall raise by way of the answer any appropriate defenses which Respondents wish to have the Court consider; and it is further

**ORDERED** that Respondents shall electronically file with the answer certified copies of the administrative record and all other documents relevant to Petitioner's claims; and it is further

**ORDERED** that all exhibits to the answer must be identified by a descriptive name in the electronic filing entry, for example:

"Exhibit #1 Transcript of [type of proceeding] held on XX/XX/XXXX" or

"Exhibit #2 Opinion entered on XX/XX/XXXX by Judge YYYY"; and it is further

**ORDERED** that Petitioner may file and serve a reply brief in support of the Petition within **five days** after the answer is filed.

                                                      */s/ Evelyn Padin*
Evelyn Padin, U.S.D.J.