**NOT FOR PUBLICATION**

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| ALESSANDRA DE FATIMA LOMEU,<br><br>  Petitioner,<br><br>  v.<br><br>LUIS SOTO *et al.*,<br><br>  Respondents | No. 25cv16589 (EP)<br><br>**ORDER** |

This matter having come before the Court on Petitioner Alessandra De Fatima Lomeu's Motion for a Temporary Restraining Order and Amended Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241, D.E. 3, filed October 15, 2025; Petitioner's Motion for Order to Show Cause, D.E. 5; Respondents' Answer to the Amended Petition, Opposition to Motion for a Temporary Restraining Order, and Response to Order to Show Cause, D.E. 7, and Petitioner's Reply Brief, D.E. 9, and the Court, having reviewed all pleadings, motions, and supporting documents, and for the reasons set forth in the accompanying Opinion,

**IT IS** on this 23rd day of October 2025,

**ORDERED** that the Court **GRANTS** Counts 1 and 2 of Amended Petition, D.E. 3, having found that Petitioner's mandatory detention under § 1225(b)(2)(A) violates the Immigration and Nationality Act and the Fifth Amendment Due Process Clause; and it is further

**ORDERED** that the Court **DISMISSES** Count 3 of the Amended Petition, D.E. 3, as moot; and it is further

**ORDERED** that Respondents **SHALL RELEASE** Petitioner from immigration detention within **twenty-four hours**;

**ORDERED** that if Respondents arrest and detain Petitioner under § 1226(a), they must hold a bond hearing in New Jersey; and it is further

**ORDERED** that following Petitioner's release, Respondents are permanently enjoined from rearresting her or otherwise detaining her under 8 U.S.C. § 1225 while she remains in the United States; and it is further

**ORDERED** that Respondents are temporarily enjoined from arresting or otherwise detaining Petitioner under 8 U.S.C. § 1226(a) for **fourteen days** to allow her return to New Jersey; and it is further

**ORDERED** that if Petitioner is rearrested under § 1226(a) and is not provided a timely bond hearing, at which an immigration judge assesses whether she is a danger or a flight risk; Petitioner may move to reopen this case, and it is finally

**ORDERED** that Petitioner's Motion for a Temporary Restraining Order, D.E. 3, is **DISMISSED AS MOOT**; and the Clerk shall **ADMINISTRATIVELY TERMINATE** Petitioner's Motion for an Order to Show Cause, D.E. 5, which the Court **DENIED** on October 17, 2025, D.E. 8; and it is further

**ORDERED** that the Clerk of the Court shall mark this matter as **CLOSED.**

_____
Evelyn Padin, U.S.D.J.